UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRANT CHARLES RHODES, CDCR # V-60392,<br><br>Plaintiff,<br><br>v.<br><br>CATHERINE LYNCH, SRN II,<br><br>Defendant. | Civil No. 12-cv-0075-JLS (DHB)<br><br>**ORDER RE: "NOTICE FOR DISCOVERY" AND ISSUANCE OF SUBPOENA DUCES SUBPOENA**<br><br>**[ECF Nos. 47, 49]** |

On August 7, 2013, Plaintiff Grant Charles Rhodes, a state prisoner proceeding pro se, filed (1) a "Notice for Discovery" seeking to compel the Acting Chief Medical Officer at Centinela State Prison to produce answers to documents; and (2) a subpoena duces tecum in which he sets forth requests for production of various documents by the Acting Chief Medical Officer at Centinela State Prison. (ECF No. 49.)

First, to the extent Plaintiff's "Notice of Discovery" and subpoena seek to compel the Acting Chief Medical Officer to provide responses to written interrogatories, Plaintiff's request is **DENIED**. Interrogatories may only be served on parties to the action. FED. R. CIV. P. 33(a)(1).

Second, the Court notes that filing a subpoena is not the proper way to go about requesting documents from non-parties. Rule 45 of the Federal Rules of Civil Procedure requires service of a subpoena be made by delivering a copy of the subpoena *to the named person*, not to the Court. FED. R. CIV. P. 45(b)(1). However, the Court will

liberally construe Plaintiff's pro se filing of a subpoena as a request for the Court to issue a subpoena duces tecum to gather documents from a non-party.

In accordance with Rule 45(a)(3) of the Federal Rules of Civil Procedure, "[t]he clerk must issue a subpoena, signed but otherwise blank, to a party who requests it. That party must complete it before service." FED. R. CIV. P. 45(a)(3). The Court will direct the Clerk of Court to mail to Plaintiff, with this order, one signed but otherwise blank subpoena duces tecum form (AO-88B "Subpoena to Produce Documents, Information or Objects") which should be completed by Plaintiff. Plaintiff's *in forma pauperis* status allows him assistance in the service of a completed records subpoena by the United States Marshal. *See* 28 U.S.C. § 1915(d). Plaintiff is advised that he must comply with Rule 45 of the Federal Rules of Civil Procedure, which governs the issuance of non-party subpoenas.

Accordingly, IT IS HEREBY ORDERED:

1. Plaintiff's request that the Acting Chief Medical Officer at Centinela State Prison be compelled to respond to written interrogatories is **DENIED**.
2. The Clerk of Court is directed to mail to Plaintiff the following:
    a. A copy of this order;
    b. A copy of the Court's February 28, 2012 order granting IFP status (ECF No. 3); and
    c. One signed but otherwise blank subpoena duces tecum form (AO-88B "Subpoena to Produce Documents, Information or Objects");
3. Within 21 days of this order Plaintiff shall complete the subpoena duces tecum form and return it to the United States Marshal for service.

**IT IS SO ORDERED.**

DATED: August 8, 2013

DAVID H. BARTICK
United States Magistrate Judge